1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

11

12

13

14

15

16

17

| | |
|---|---|
| TIMOTHY C. SCHRADER, ) | No. ED CV 06-1316-PLA |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

18        In accordance with the Memorandum Opinion filed concurrently herewith,

19        IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

20 Security Administration, is reversed and this case is remanded for further administrative

21 proceedings consistent with the Memorandum Opinion.

22

23 DATED: August ___, 2007

24                                                           PAUL L. ABRAMS
                                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28